# In the United States Court of Federal Claims

No. 17-1542

Filed: June 23, 2022

|  |  |
|---|---|
| LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| *Defendant*. | ) ) ) |

## **ORDER**

On or before July 8, 2022, the parties shall file a joint status report setting forth their proposed schedule for further limited proceedings consistent with the Federal Circuit's March 4, 2022 Order, ECF No. 67.

IT IS SO ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge
