**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOCAL INITIATIVE HEALTH AUTHORITY ) <br> FOR LOS ANGELES COUNTY, d/b/a L.A. ) <br> CARE HEALTH PLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | No. 17-1542C <br> (Judge Meyers) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 23, 2022 Order (ECF No. 70), the parties respectfully submit this joint status report to request that the Court enter partial final judgment as to the Cost Share Reduction ("CSR") amounts owed to Plaintiff by the Government for the 2017 benefit year.

On March 4, 2022, the Federal Circuit remanded this case to the Court of Federal Claims for the limited purpose of allowing the Government to stipulate to liability and damages for only the 2017 CSR claims and for the Court of Federal Claims to enter partial final judgment on those claims in favor of Plaintiff.  *See* ECF No. 67.  The Defendant's appeal of the judgments for Plaintiff's CSR claims for 2018 and 2019 remain stayed before the Federal Circuit.  On April 28, 2022, the parties filed a Joint Stipulation for Entry of Partial Final Judgment wherein they requested that the Court enter partial final judgment in favor of Plaintiff in the amount of $554,424.78 on Count V of Plaintiff's Amended Complaint (Dkt. 35) as it relates to CSR payments the United States has agreed it owes Plaintiff through December 31, 2017.  *See* ECF No. 66.

Accordingly, and consistent with actions taken by this Court in other cases with claims for 2017 CSR amounts owed (*see, e.g.*, *Blue Cross of California v. USA*, No. 1:20-cv-606, *BridgeSpan*

*Health Company v. USA*, No. 1:21-cv-2316; *Highmark Inc. v. USA*, No. 1:20-cv-1686), the parties respectfully and jointly request that the Court enter an order directing the Clerk to enter Rule 54(b) partial final judgment on Plaintiff's claim for the $554,424.78 in CSR amounts owed to Plaintiff by the Government for 2017.

| | |
|---|---|
| Dated:  July 8, 2022 | Respectfully submitted, |
| | BRYAN M. BOYNTON |
| */s/ Lawrence S. Sher* | Principal Deputy Assistant Attorney General |
| Lawrence S. Sher (D.C. Bar No. 430469) | |
| REED SMITH LLP | PATRICIA M. McCARTHY. |
| 1301 K Street NW | Director |
| Suite 1000-East Tower | |
| Washington, DC 20005 | |
| Telephone: 202.414.9200 | |
| Facsimile: 202.414.9299 | */s/ Claudia Burke* |
| Email: lsher@reedsmith.com | CLAUDIA BURKE |
| | Assistant Director |
| *Of Counsel:* | |
| | |
| Gregory Vose (PA Bar No. 324912) | */s/ David M. Kerr* |
| REED SMITH LLP | DAVID M. KERR |
| Reed Smith Centre | Trial Attorney |
| 225 Fifth Avenue, Suite 1200 | Commercial Litigation Branch |
| Pittsburgh, PA 15222 | Civil Division |
| Telephone: 412.288.3131 | U.S. Department of Justice |
| Facsimile: 412.288.3063 | P.O. Box 480 |
| Email: gvose@reedsmith.com | Ben Franklin Station |
| | Washington, DC 20044 |
| *Attorneys for Plaintiffs* | Telephone:   (202) 307-3390 |
| | Email:        David.M.Kerr@usdoj.gov |
| | |
| | OF COUNSEL: |
| | |
| | ALBERT S. IAROSSI |
| | Trial Attorney |
| | Civil Division |
| | U.S. Department of Justice |
| | |
| | *Attorneys for Defendant* |