# In the United States Court of Federal Claims

No. 17-1542

Filed: July 8, 2022

|  |  |
|---|---|
| LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, d/b/a L.A. CARE HEALTH PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

      On July 8, 2022, the parties filed a joint status report requesting the Court direct the clerk to enter partial final judgment as to the Cost Share Reduction (CSR) amounts owed to Plaintiff by the Government for the 2017 benefit year. ECF No. 72. Based on the agreement of the parties and the limited remand from the Federal Circuit, the Court determines that there is no just reason for delaying the entry of partial judgment and that it is in the interest of justice to enter judgment now as to the CSR amounts for the 2017 benefit year. *See* RCFC 54(b). Accordingly, the Clerk is directed to enter partial judgment under RCFC 54(b) in the amount of $554,424.78 for the CSR amounts owed to Plaintiff by the Government for the 2017 benefit year.

**IT IS SO ORDERED.**

s/ Edward H. Meyers<br>
Edward H. Meyers<br>
Judge
