<div style="text-align:center; color:red;">**Corrected**</div>

# In the United States Court of Federal Claims

No. 17-1542 C
Filed: July 11, 2022

LOCAL INITIATIVE HEALTH
AUTHORITY FOR LOS
ANGELES COUNTY, d/b/a
L. A. CARE HEALTH PLAN

         v.

THE UNITED STATES

RULE 54(b)
JUDGMENT

      Pursuant to the court's Order, filed July 8, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed April 28, 2022,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the amount of $554,424.78 for cost share reductions for the 2017 benefit year.

                                                     Lisa L. Reyes
                                                   Clerk of Court

                            By:    s/ Debra L. Samler

                                                   Deputy Clerk