# In the United States Court of Federal Claims

No. 17-1542
Filed: May 28, 2024

_____
)
LOCAL INITIATIVE HEALTH AUTHORITY )
FOR LOS ANGELES COUNTY, )
)
         *Plaintiff*, )
)
  v. )
)
THE UNITED STATES, )
)
         *Defendant*. )
_____ )

**ORDER**

    Following the Federal Circuit's Order Issued as a Mandate, ECF No. 76, the parties are directed to file a joint status report—**no later than June 17, 2024**—advising the court of their views of the appropriate next steps in this case.

    It is so ORDERED.

                                                      s/ Edward H. Meyers
                                                      Edward H. Meyers
                                                      Judge