# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, d/b/a L.A. CARE HEALTH PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 17-1542<br>Judge Meyers |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)A)(ii) of the Rules of the U.S. Court of Federal Claims, the Plaintiff and Defendant stipulate to the voluntarily dismissal of this action, including all claims, in its entirety.

May 31, 2024

| | |
|---|---|
| /s/ Lawrence S. Sher<br>Lawrence S. Sher (D.C. Bar No. 430469)<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>Telephone: 202.282-5000<br>Facsimile: 202.282.5100<br>Email: Lsher@winston.com<br><br>*Attorneys for Plaintiffs* | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director<br><br>/s/ David M. Kerr<br>DAVID M. KERR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 307-3390<br>Email:  David.M.Kerr@usdoj.gov<br><br>OF  COUNSEL:<br><br>ALBERT S. IAROSSI<br>Senior Trial Counsel<br>Civil Division<br>U.S. Department of Justice<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31, 2024 a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically with the Court's Electronic Case Filing (ECF) system. I understand that notice of this filing with be sent to all parties by operation of the Court's ECF system.

    /s/ Lawrence S. Sher
Lawrence S. Sher (D.C. Bar No. 430469)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: 202.282-5000
Facsimile: 202.282.5100
Email: Lsher@winston.com

*Attorneys for Plaintiffs*